AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| GARY MITCHELL | CASE NUMBER: 8:09-mj 1513(AEP) |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From on or about October 25, 2009, in Pinellas County, in the Middle District of Florida, defendant did,

possess a firearm while being a convicted felon, with knowingly manufacturing, distributing, or dispensing or possessing with intent to manufacture, distribute, or dispense, a controlled substance in violation of 21 U.S.C. § 841(a)(1) and in violation of 18 U.S.C. § 922(j) for possessing a stolen firearm, in violation of Title 18, United States Code, 922(g)(1).

I further state that I am a(n) Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Scott Boshek

Sworn to before me and subscribed in my presence,

November 17, 2009                    at       Tampa, Florida

ANTHONY E. PORCELLI
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

I, Scott Boshek, being duly sworn, depose, and state:

1.     I am a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been employed by ATF since February 2005. I have completed the Federal Law Enforcement Training Centers training course for Investigators and ATF's Special Agent Basic Training. During this training, I learned Federal Firearm statutes as well as other violations of the United States Code including violent crimes and narcotic offenses.

2.     I submit this affidavit in support of a Criminal Complaint charging defendant, Gary MITCHELL, DOB: 04/12/1984, with being a felon in possession of a firearm in violation of 18 U.S.C. 922(g)(1), with knowingly manufacturing, distributing, or dispensing or possessing with intent to manufacture, distribute, or dispense, a controlled substance in violation of 21 U.S.C. § 841(a)(1) and in violation of 18 U.S.C. § 922(j) for possessing a stolen firearm.

3.     The averments contained in this Affidavit are based on my personal knowledge, and/or reliable information related to me by members of the St. Petersburg Police Department (SPPD) and/or others. Because of the limited purpose of this Affidavit, however, I have not included each and every fact known to me, but only those facts that I believe are necessary to establish probable cause in support of the requested complaint.

4.     On or about October 25, 2009, SPPD Officer John Deluca was working within the specialized Street Crimes Unit of the SPPD when an anonymous tip was received regarding illegal narcotic trafficking occurring at an abandoned residence located at 1320 James Avenue South in St. Petersburg, Florida. Upon receiving this tip, Officer Deluca and other members of the Street Crimes Unit began to witness vehicle traffic coming and going

from the residence. After witnessing a tan Mercury sedan arrive and quickly leave the residence, Officer Pawlishen witnessed the vehicle make a traffic infraction and subsequently initiated a traffic stop of the vehicle.

5. Following the vehicle pulling over, Officer Deluca assisted Officer Pawlishen and Officer Roberts conduct the traffic stop of the vehicle. As Officer Deluca approached passenger side of the vehicle, Officer Roberts advised him she had witnessed loose marijuana pieces on the vehicle's front passenger, later identified as MITCHELL. MITCHELL was then ordered out of the vehicle and placed in handcuffs. Upon a search of MITCHELL a plastic bag containing approximately three (3) grams of crack cocaine was located within his jacket pocket.

6. After locating the crack cocaine, MITCHELL advised officers that "he had to be honest" and informed the officers he was also in possession of a firearm and marijuana. As a result, a loaded "Glock" model 26, 9mm semi-automatic pistol bearing serial number CAZ333US was found in MITCHELL'S pants pocket. The firearm was loaded with nine (9) rounds of PMC luger ammunition. In addition, approximately twelve (12) grams of marijuana were located within MITCHELL'S boxer shorts. Both the crack cocaine and marijuana were field tested positive.

7. Following MITCEHELLS' arrest, he was Mirandized by Officer Deluca, acknowledged that he understood those rights, and agreed to speak with him. During this interview, MITCHELL admitted to possessing the Glock firearm along with the narcotics found in his possession. MITCHELL further stated that he had just stolen the Glock firearm found in his possession, from the "trap" officers had witnessed him purchase marijuana from on James Avenue.

8.   The Glock firearm bearing serial number CAZ333US, which was found in MITCHELLS' possession was entered into the Federal Bureau of Investigations NCIC database. Upon entering the firearm, it was reported as being a stolen firearm as a result of a residential burglary in Pinellas County in September of 2006. Your Affiant obtained Pinellas County Sheriff Office's report # 06-272512 which confirmed this information.

9.   On or about November 5, 2009, Your Affiant obtained certified copies of MITCHELLS' felony conviction(s) from the Pinellas County Clerk of Courts. MITCHELLS' conviction(s) include but are not limited to the following:

- Convicted on December 1, 2003 for Fleeing and Eluding, Pinellas County, Florida, case # 03-18950

- Convicted on December 1, 2003 for Sale and Possession of Cocaine, Pinellas County, Florida, case # 02-13806

- Convicted on January 31, 2007 for Possession of Cocaine & Fleeing and Eluding, Pinellas County, Florida, case # 06-9621

- Convicted on October 1, 2008 for Possession of Cocaine & Driving With License Revoked, Pinellas County, Florida, case # 08-5390

- Convicted on April 27, 2009 for Possession of Cocaine & Possession of Marijuana, Pinellas County, Florida, case # 09-2227

- Convicted on April 27, 2009 for Possession of Cocaine, Possession of Marijuana & Possession of a Controlled Substance, Pinellas County, Florida, case # 09-4442

10. On or about November 2, 2009, Your Affiant received confirmation from the Florida Office of Executive Clemency stating that it has no record of Gary MITCHELL, DOB: 04/12/1984, of receiving a restoration of his civil rights, specifically his authority to own, possess, use or receive firearms of any kind, or a pardon of any kind as of this date.

11. On or about November 5, 2009, Your Affiant contacted SA Daniel O'Kelly – an interstate nexus expert with ATF – who advised that the Glock, model 26, 9 mm pistol # CAZ333US found in MITCHELLS' possession, was not made in the State of Florida. For the firearm to be found in the State of Florida, it would therefore have had to cross state lines, and thus affected interstate commerce.

12. Based upon the foregoing information, your affiant respectively submits that there is probable cause to believe that the defendant, Gary MITCHELL, committed violations of Title 18 U.S.C. 922(g)(1), 922(J) and Title 21 U.S.C. 841(a)(1).

Further Affiant sayeth not.

Scott Boshek, Special Agent
Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me on this 17th day of November, 2009.

ANTHONY E. PORCELLI
United States Magistrate Judge
Tampa Division